In re GREENBERG et al.

(District Court, S. D. New York. March 12, 1901.)

BANKRUPTS—CONCEALMENT OF ASSETS.
Where the evidence shows that the bankrupts have concealed a large portion of their assets, they will be committed until a sum equal to the value of the property so concealed is paid to the trustee.

In Bankruptcy.

Frederick M. Czaki, for trustee.
M. D. Steuer, for bankrupts.

BROWN, District Judge. The testimony on the part of the bankrupts, particularly of Morris Greenberg, shows such a mass of fraud and perjury that it is impossible to determine precisely the amount of property concealed or removed. The referee's finding is undoubtedly warranted by the testimony as a whole, and is its logical result; and yet from the evident frauds and perjuries above referred to, and other circumstances attending the case, I am led to doubt whether the bankrupts or either of them when the order was applied for, had $22,000 under their control. I think it probable that through fraud, profligacy and waste, at least by the son, a considerable portion of the assets disappeared in excess of what the referee has allowed for, but whatever remains concealed in their hands, I find the father equally responsible for. I conclude to direct a reduction to $14,000, and to order the bankrupts to be committed until paid, unless payment of said sum be made within 10 days.